1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN TITUS,<br><br>          Plaintiff,<br><br>     vs.<br><br>OAK HARBOR FREIGHT LINES,<br><br>          Defendant. | Case No:  22:CV-01929-KJM-JDP<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT OAK HARBOR FREIGHT LINES, INC.'S TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Current Response Date: 11/17/22<br>New Response Date:     12/19/22<br>Complaint filed:              10/26/22 |

1 **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**
2 **THAT**:
3     Pursuant to the stipulation of the parties, Defendant Oak Harbor Freight Lines,
4 Inc. shall have until December 19, 2022 to answer or otherwise respond to the
5 Complaint.
6     IT IS SO ORDERED.
7 DATED:  November 22, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE