1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   JUSTIN TITUS, an individual,              Case No:  22:CV-01929-KJM-JDP

12            Plaintiff,                       **ORDER GRANTING
                                               STIPULATION TO TRANSFER
13        vs.                                  ACTION TO THE NORTHERN
                                               DISTRICT OF CALIFORNIA**
14   OAK HARBOR FREIGHT LINES,
     INC.; and DOES 1-100 inclusive,
15                                             Complaint filed:        10/26/22
              Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28
                                                          Case No. 22:CV-01929-KJM-JDP
                              ORDER RE TRANSFER OF ACTION

1

## ORDER

2       Having considered the Parties' Joint Report re: Outcome of the Mediation and

3 accompanying Joint Stipulation to Transfer this Action, and good cause appearing

4 for the relief requested by the stipulation, it is hereby ordered as follows:

5       1. This action shall be transferred to the Northern District of California;

6       2. Once this matter is transferred to the Northern District of California, the

7          Parties shall promptly file a notice of related case requesting that the

8          action be assigned to the same judge who is overseeing *Alvarado et al. v.*

9          *Oak Harbor Freight Lines, Inc.*, Case No: 3:17-cv-06425-SK (the

10         "Alvarado Lawsuit");

11       3. All proceedings in this action shall be stayed until this matter is assigned

12         to the judge who is handling the Alvarado Lawsuit and she holds a status

13         conference in this action;

14       4. Oak Harbor Freight Line, Inc.'s deadline to answer, move or otherwise

15         respond to the Complaint in this case shall be continued from June 2, 2023

16         up to and including thirty (30) days after this matter is transferred to the

17         Northern District of California and assigned to the same judge as the

18         Alvarado Lawsuit; and

19       5. All other existing case deadlines and hearings in this matter are vacated,

20         including, but not limited to, the status conference set for August 10, 2023

21         at 2:30 p.m.

22       **IT IS SO ORDERED.**

23 DATED:  May 17, 2023.

24

25

                                                                       
26                        CHIEF UNITED STATES DISTRICT JUDGE

27

28

ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT